# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4633

_____

DARLENE MITCHEM, owner of All
My Children Day Care Center,
All My Children Day Care
Center 2, and All My Children
Learning Center,

    Petitioner,

    v.

STATE OF FLORIDA, DEPARTMENT
OF CHILDREN AND FAMILIES,

    Respondent.

_____

Petition for review of Emergency Suspension Order.

March 1, 2018

PER CURIAM.

    DENIED.

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

John F. Kattman, Jacksonville, for Petitioner.

Camille Larson and Michael Lee, Department of Children and Families, Tallahassee, for Respondent.